IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL TODD                                                                          PLAINTIFF

v.                                            Case No. 4:14-cv-04088

HEATH ROSS; SHERIFF SINGLETON;
JOHNNY GODBOLT; and SGT. BLAND                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 16, 2016 by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(ECF No. 36).  Judge Bryant recommends that Defendants' Motion for Summary Judgment be

granted.

The parties have not filed objections to the Report and Recommendation, and the time to

object has passed.  *See* 28 U.S.C. § 636(b)(1).  The Court adopts the Report and Recommendation

*in toto*.  Accordingly, Defendants' Motion for Summary Judgment (ECF No. 26) is hereby

**GRANTED**.  Plaintiff's Complaint is dismissed with prejudice.

**IT IS SO ORDERED**, this 8th day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge